## United States District Court
## Violation Notice

| CVB Location Code |
|---|
| CC73 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDV00GA | ST. JOHN | 2235 |

FBDV00GA

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense |
|---|---|
| 05/21/2019   16:50 | FED   21USC   844A |

Place of Offense
HWY 38 NEAR FS PORTAL SIGN

Offense Description: Factual Basis for Charge      HAZMAT ☐
POSSESSION OF A CONTROLLED SUBSTANCE

### DEFENDANT INFORMATION      Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| RAWTANI | ALISHA | |

### VEHICLE     VIN                                    CMV ☐

| Tag No. | State | Year | Make/Model  PASS ☐ | Color |
|---|---|---|---|---|
| 8D0K575 | CA | 2015 | TOYT | BLK |

| A | ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite). | B | ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite). |
|---|---|---|---|

|  | Forfeiture Amount |
|---|---|
| $30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| To Be Notified. | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

FBDV00GA

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  May 21, 2019  while exercising my duties as a law officer in the  Central  District of  CA

Pursuant to 16USC 551:

while patrolling HWY 38 near the Forest Service Portal Sign within the SAN BERNARDINO NF, I observed a vehicle parked blocking a gate, contrary to 36 CFR 261.12D. I approached the driver's side window and observed a male and female. I could smell a strong odor of marijuana. The male, later identified as Thomas GAYNOR III, was sitting in the driver's seat of the vehicle. The passenger was identified as Alisha RAWTANI. Neither subjects had their identification accessible. Due to the suspected possession of drugs, I conducted a pat down of GAYNOR. A vehicle search, based on probable cause/mobile conveyance (odor of marijuana, vehicle in public place), revealed marijuana, lighters, grinders, a tray, marijauana wax, a psychedelic mushroom, drug pipes, misc. drug paraphernalia and a small bag of white powder located in the rear drivers side door. Both subjects were issued violation notices for the possession of drugs (marijuana) and paraphernalia. Photographs were taken on scene and part of the contact is captured on a body worn video camera. No further.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed    May 21, 2019    *Sonny St John*
            Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident